IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 12 AM 8:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

AGUSTIN MORALES-RIVERA

Petitioner,

v.

UNITED STATES OF AMERICA

Respondent.

CIVIL NO. 97-2183 (RLA)
Criminal No. 91-299 (RLA)

### ORDER DIRECTING GOVERNMENT TO STATE ITS POSITION WITH REGARD TO PETITIONER'S ALLEGATION THAT HIS 28 U.S.C. § 2255 MOTION WAS TIMELY FILED

Pursuant to the opinion of the United States Court of Appeals for the First Circuit in Agustín Morales-Rivera v. United States, No. 98-2073, slip op. (1st Cir. August 25, 1999) the U.S. Government shall file, **no later than November 8, 1999**, a response to MORALES-RIVERA's allegation that he placed his 28 U.S.C. § 2255 petition "first-class postage prepaid in the institution internal mail system before the last day of filing."[1] See also Morales-Rivera slip op., n.4 at p.6.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of October, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[1] See Motion for Reconsideration...(docket No. 12) at p. 2.


AO 72
(Rev 8/82)