UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 18 AM 8:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

AGUSTIN MORALES RIVERA
    Petitioner,

v.

CIVIL NO. 97-2183 (RLA)
Crim. No. 91-299 (RLA)

UNITED STATES OF AMERICA,
    Respondent.

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/8/99   Docket # 26<br>[X] U.S. Government<br><br>Title: Motion in Compliance With Order | Petitioner shall respond to the United States' motion on or before December 10, 1999. |

November 14, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:         EOD:

By:            #27