UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -8 AM 7:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

AGUSTIN MORALES RIVERA
    Petitioner,

v.                        CIVIL NO. 97-2183 (RLA)
                          (Crim. No. 91-299 (RLA))

UNITED STATES OF AMERICA,
    Respondent.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/24/99   Docket # 28<br>[X] Petitioner<br><br>Title: Motion for Leave of Court to Submit Objections to Government's Motion in Compliance with Order | Leave to file objections is GRANTED. <u>See</u> docket No. 27. |

December 7, 1999        by /s/ RAYMOND L. ACOSTA
    Date                         RAYMOND L. ACOSTA
                             U.S. District Judge

Rec'd:       EOD:

By:         #29