IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

AGUSTIN MORALES-RIVERA

    Petitioner,

    v.

UNITED STATES OF AMERICA

    Respondent.

CIVIL NO. 97-2183 (RLA)
Criminal No. 91-299 (RLA)

**JUDGMENT**

The Court having dismissed petitioner AGUSTIN MORALES-RIVERA's motion under 28 U.S.C. § 2255 through its Order issued on this date; it is hereby

ORDERED and ADJUDGED that this case be and the same is hereby DISMISSED.

It is so ORDERED and ADJUDGED.

San Juan, Puerto Rico, this 21 day of August, 2001.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)